FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

March 27, 2015

Richard Mitchell
211 S. Rusk St.
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Don Schnebly
Parker County District Attorney
117 Fort Worth St.
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-14-00396-CR
                                   02-14-00397-CR
        Trial Court Case Number:   CR13-0614
                                   CR13-0615

Style:  Michael Scott Haynes
        v.
        The State of Texas

The appellant's brief has been filed under the date of Thursday, March 26, 2015 in the above referenced cause.

The State's brief is due **Monday, April 27, 2015**.

You will be notified when a submission date has been set.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk